Thomas J. D'Amato - 219174
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendants
PACIFIC CREDITORS ASSOCIATION, INC. AND STEPHANIE BEERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONA TOWING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CREDITORS ASSOCIATION, INC., a California Corporation; STEPHANIE BEERMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 09 2781 CRB<br><br>**STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS, pursuant to the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint...provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension of time provided herein shall not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, counsel for Defendants shall promptly file with the Court this stipulation pursuant to Civil L.R. 5;

COMES NOW, the parties to this stipulation, by and through their respective counsel, hereby STIPULATE as follows:

///

- 1 -

STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

1  (1) Defendants PACIFIC CREDITORS ASSOCIATION, INC., a California Corporation, and STEPHANIE BEERMAN shall have up to and including July 31, 2009 to answer or otherwise respond to the complaint;

2  (2) This stipulation shall be without prejudice to any further extension of time as may be mutually agreed to by and between the parties, and as is in compliance with the Civil Local Rules; and

3  (3) All parties reserve all rights, claims and defenses.

IT IS HEREBY STIPULATED.

Dated: July 17, 2009

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Thomas I. D'Amato
Attorneys for Defendants
PACIFIC CREDITORS ASSOCIATION, INC. AND
STEPHANIE BEERMAN

Dated: July ___, 2009

McCOLLUM & BUNCH

By _____
Timothy D. McCullum
Attorneys for Plaintiff
LAMONA TOWING, INC.

TJD.20037593.doc

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION TO ENLARGE TIME TO ANSWER OR …